**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  14-cv-02326-LTB-KMT

LYNDIE FELSHER,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC., and
MIDLAND FUNDING, LLC,

    Defendants.
_____

**ORDER**
_____

    THIS MATTER having come before the Court on the Stipulation to Dismiss (Doc 28 - filed July 30, 2015), and the Court being fully advised in the premises, it is therefore

    ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                   BY THE COURT:

                                                   s/Lewis T. Babcock
                                                   Lewis T. Babcock, Judge

DATED:  August  3 , 2015